## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| IN RE:<br><br>PETER L MCCOY<br>SSAN: XXX-XX-6648<br><br>KIMBERLY MCCOY<br>SSAN: XXX-XX-2286<br><br>Debtor(s) | Case No. 16-32259-DHW<br>Chapter 13 |

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s)' plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on August 19, 2016.

2. The debtor(s) §341 Meeting of Creditors was held October 06, 2016.

**(X)** Debtor(s) were to amend schedule J to correct monthly expenses..

**(X)** Debtor(s) were to amend schedule A to reflect only Mr. McCoy is on the deed..

**(X)** Debtor(s) were to amend the plan to provide an interest rate for Suntrust Bank.

**(X)** Debtor(s) received a settlement post-petition and was to provide the Trustee with a copy of the settlement documents.

WHEREFORE, the above premises considered, Trustee objects to confirmation of the debtors' plan and requests that either confirmation be denied or the case be continued until such time as the above referenced issues have been resolved.

Respectfully submitted this October 31, 2016.

| | |
|---|---|
| Office of the Chapter 13 Trustee<br>P.O. Box 173<br>Montgomery, AL 36101-0173<br>Phone: (334)262-8371<br>Fax: (334)262-8599<br>email: hayest@ch13mdal.com | Sabrina L. McKinney<br>Acting Chapter 13 Trustee<br><br><br>By:/s/ *Tina J. Hayes*<br>Tina J. Hayes |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have served copies of the foregoing Trustee's Objection to Confirmation on the parties listed below by either electronic mail or by placing same in the U.S. Mail, postage prepaid and properly addressed this October 31, 2016.

| | |
|---|---|
| Copy to: DEBTOR(S)<br>         RICHARD D SHINBAUM | /s/ *Tina J. Hayes*<br>Tina J. Hayes |