UNITED STATES BANKRUPTCY COURT

FOR THE Middle District of Alabama

RE: Peter L. McCoy

    Chapter 13

    Case No 16-32259

This shall serve as a notice to the court that creditor Ditech Financial LLC wishes to withdraw the Proof of Claim #18 that was filed on 12/19/16 on behalf of Ditech as the document was filed as a new claim in error.

FILED BY: ____Monica Luna_____

Creditor: Ditech Financial LLC

Creditor Address: 2100 East Elliot Rd. Bldg 94 Dept .T120 Tempe Az. 85284

Signed: /s/ Monica Luna

Date: _____12/19/2016_____