UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Peter L. McCoy and Kimberly McCoy,

    Debtors.

Case No. 16–32259  
Chapter 13

**NOTICE**

Notice of Submission Error requiring refiling. Joint Debtor's Name (Kimberly McCoy) was not included in the heading of PDF. Please refile using the correct ECF docket event or corrected document within 7 days or your pleading may be dismissed (RE: related document(s)34 Withdrawal of Claim). Incomplete Filings due by 12/27/2016. (JI)

Dated December 20, 2016

*/s/ Juan-Carlos Guerrero*

Juan−Carlos Guerrero  
Clerk of Court

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                          Case No. 16-32259-DHW
Peter L. McCoy                                                  Chapter 13
Kimberly McCoy
         Debtors                      CERTIFICATE OF NOTICE
District/off: 1127-2         User: jingram              Page 1 of 1          Date Rcvd: Dec 20, 2016
                             Form ID: enotice           Total Noticed: 3
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db/jdb        +Peter L. McCoy,    Kimberly McCoy,    150 Dogwood Meadows,    Wetumpka, AL 36093-3861
cr            +Ditech Financial LLC,    2100 East Elliot Rd. Bldg 94,    Recovery T120,    Tempe, az 85284-1806
              +Monica Luna,    Ditech Financial LLC.,    2100 East Elliot Rd Bldg 94,    Tempe, AZ 85284-1806

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Helen D. Ball    on behalf of Creditor    Ocwen Loan Servicing, LLC Servicer for Deutsche Bank
               National Trust Company As Trustee For IndyMac INDX Mortgage Loan Trust 2005-AR21, Mortgage
               Pass-Through Certificates Series 2005-AR21 ("Ocwen ncbkmail@shapiro-ingle.com
              Richard D. Shinbaum    on behalf of Joint Debtor Kimberly   McCoy rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Richard D. Shinbaum    on behalf of Debtor Peter L. McCoy rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney [Acting]    trustees_office@ch13mdal.com
                                                                                             TOTAL: 5