IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY

IN RE:

PETER L. MCCOY AND KIMBERLY MCCOY                16-32259
                                                 Chapter 13

NOTICE OF APPEARANCE PURSUANT TO
BANKRUPTCY RULE 9010 (b) and REQUEST
FOR NOTICES UNDER BANKRUPTCY RULE
2002

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** and pursuant to Bankruptcy Rule 9010 (b) enter the appearance of:

Shapiro & Ingle, L.L.P.
10130 Perimeter Parkway
Suite 400
Charlotte, NC 28216

as counsel for Ocwen Loan Servicing, LLC Servicer for Deutsche Bank National Trust COmpany as Trustee for INDYMAC INDX Mortgage Loan Trust 2005-AR21, Mortgage Pass-through Certificates Series 2005-AR21 ("Ocwen Loan Servicing, LLC"), a creditor of the above named Debtor(s).

**REQUEST** is further made by counsel that all Notices required to be given to parties in interest pursuant to Bankruptcy Rule 2002 be mailed to counsel.

*/s/ Jonathan Smothers*
Jonathan Smothers, Attorney for Creditor, Bar # ASB8233N99N
jsmothers@logs.com |704-579-3622
Shapiro & Ingle, LLP
10130 Perimeter Pkwy, Suite 400
Charlotte, NC 28216
Phone: 704-333-8107 | Fax: 704-333-8156
Supervisory Attorney Contact: Helen Ball
hball@logs.com | 704-607-4881
Electronic Service Notifications: ncbkmail@shapiro-ingle.com